ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: October 26, 2017
START: 5:30 pm
END: 5:45 pm

DOCKET NO: 16 CV 6352
CASE: Moreno v. Regal Cinemas

- [ ] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [x] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [x] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

PLAINTIFFS — ATTORNEY: David Fishman

DEFENDANTS — Adam Calvert

- [ ] DISCOVERY TO BE COMPLETED BY
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY
- [ ] PL. TO SERVE DEF. BY: ___  DEF. TO SERVE PL. BY: ___

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court addresses defendant's letter-motion for sanctions (DE #27), based on plaintiff Moreno's continued communications with officers of defendant Regal Cinemas, despite the Court's oral directive of October 12, 2017, communicated through his counsel, that he cease such conduct. The Court admonishes plaintiff and otherwise denies the motion for sanctions, except that the request for fees is denied without prejudice. By October 27, 2017, counsel

for the parties shall file a joint proposed order specifying the conduct prohibited, and by November 1, 2017, plaintiff's counsel shall file a written undertaking signed by plaintiff Moreno, attaching the aforesaid order, stating that plaintiff has read the order, understands his obligations, is prepared to comply with those obligations, and is aware that his failure to do so may result in severe sanctions, including a recommendation that the case be dismissed.